UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **EDCV 16-1447-MWF(DTBx)**                                    Dated: **October 24, 2016**

Title:       Raul Uriarte-Limon -v- Koopman's Furniture, Inc., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                    None Present
    Relief Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):             COURT ORDER

    In light of the Notice of Settlement filed October 21, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 21, 2016, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                    Initials of Deputy Clerk   __cw__
CIVIL - GEN